## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER GYPSUM COMPANY, INC.[1] | : | Case No. 16-_____ (___) |
| | : | |
| Debtor. | : | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

### Kaiser Gypsum Company, Inc.

Check one:  _X_ DEBTOR ___ PLAINTIFF ___ DEFENDANT ___ OTHER (specify) _____

***Instructions***:  Fed. R. Bankr. P. 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed.  Fed. R. Bankr. P. 1007(a)(1) requires corporate debtors to file with the petition a Corporate Ownership Statement containing the information described in Fed. R. Bankr. P. 7007.1.  Check one of the statements set forth below and provide any information as directed.

☒   1.   The following corporations directly or indirectly own 10% or more of any class of the above named corporate debtor's/party's equity interests:

HeidelbergCement AG
Berliner Str. 6
Heidelberg
69120 Germany

HeidelbergCement Holding, S.a.r.l.
13 Rue Edward Steichen
Luxembourg
2540 Luxembourg

HeidelbergCement UK Holding Limited
Hanson House
14 Castle Hill
Maidenhead
SL6 4JJ England

---

[1]   The last four digits of the Debtor's taxpayer identification number is 0188 and its address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

Lehigh UK Limited
Hanson House
14 Castle Hill
Maidenhead
SL6 4JJ England

Hanson Limited
Hanson House
14 Castle Hill
Maidenhead
SL6 4JJ England

HeidelbergCement UK Holding II Limited
Hanson House
14 Castle Hill
Maidenhead
SL6 4JJ England

Lehigh B.V.
Pettelaarpark 30
's-Hertogenbosch
5216 PD Netherlands

Lehigh Hanson, Inc.
300 E. John Carpenter Freeway
Irving, Texas 75062

Hanson Devon Limited
Universal House
Co. Clare
Shannon Ireland

Essex NA Holdings LLC
300 E. John Carpenter Freeway
Irving, Texas  75062

HNA Investments
300 E. John Carpenter Freeway
Irving, Texas  75062

HBMA Holdings LLC
300 E. John Carpenter Freeway
Irving, Texas  75062

KH 1 Inc.
300 E. John Carpenter Freeway
Irving, Texas  75062

Hanson Permanente Cement, Inc.
300 E. John Carpenter Freeway
Irving, Texas  75062

☐    2.    There are no entities that directly or indirectly own 10% or more of any class of the
above named corporate debtor's/party's equity interest.

Dated: September 30, 2016

Signature of Authorized Individual for Corporate Debtor/Party

Charles E. McChesney II
Printed Name of Authorized Individual for Corporate Debtor/Party

Vice President and Secretary
Title of Authorized Individual for Corporate Debtor/Party

Fill in this information to identify the case and this filing:

Debtor Name ___Kaiser Gypsum Company, Inc._____

United States Bankruptcy Court for the: ___Western_____ District of ___North Carolina___
(State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ❏ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ❏ *Schedule H: Codebtors (Official Form 206H)*
- ❏ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ❏ Amended *Schedule* ____
- ❏ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☑ Other document that requires a declaration   Statement of Corporate Ownership; List of Equity Security Holders Over 10%

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/30/2016___       ✗ _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

Charles E. McChesney II
Printed name

Vice President and Secretary
Position or relationship to debtor