



_J. Craig Whitley_
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 16-31602 |
| **KAISER GYPSUM COMPANY, INC.** | ) Chapter 11 |
| | ) |
| | ) |
| **Debtor(s)** | ) |

## ORDER APPOINTING CREDITORS' COMMITTEE

This matter coming before the Court upon the recommendation of the United States Bankruptcy Administrator for the appointment of a committee of unsecured creditors, and the Court acting pursuant to its authority under 11 U.S.C. §1102,

IT IS HEREBY ORDERED that the following creditors are to constitute the Official Committee of Unsecured Creditors in this Case:

Armstrong World Industries, Inc.
Attn: Mark A. Hershey
2500 Columbia Avenue
Lancaster, PA 17603

Owens Corning
Attn: Mindy Kairis
One Owens Corning Parkway
Toledo, OH 43659

The Boeing Company
Attn: Steven E. Rusak
PO Box 3707 MC 71-XP
Seattle, WA 98124-2207

*This Order has been signed electronically.
The judge's signature and court's seal
appear at the top of the Order.*

*United States Bankruptcy Court*