# EXHIBIT A-2

## INVOICE FOR NOVEMBER 1, 2016 – NOVEMBER 30, 2016

# YC S&T | YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Attorneys at Law*

WILMINGTON
GEORGETOWN
MIDDLETOWN
NEW YORK

**Edwin J. Harron**
P 302.571.6703
F 302.576.3298
eharron@ycst.com

December 20, 2016

**TO:**          **Notice Parties**

**FROM:**     **Young Conaway Stargatt & Taylor, LLP as Counsel to Lawrence
                    Fitzpatrick, the Future Claimants' Representative**

**RE:**          **Monthly Compensation Statement -** *In re Kaiser Gypsum Company, Inc., et al.,*
                    **Case No. 16-31602 (JCW) (Jointly Administered) U.S. Bankruptcy Court,
                    Western District of North Carolina, Charlotte Division**

Young Conaway Stargatt & Taylor, LLP ("Young Conaway") was retained as counsel to Lawrence Fitzpatrick, the legal representative for future claimants (the "Future Claimants' Representative") effective as of September 30, 2016, pursuant to the *Ex Parte Order Authorizing Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Future Claimants' Representative* dated October 20, 2016 [Docket No. 125]. Young Conaway hereby submits this Monthly Statement for Compensation and Reimbursement for the period from November 1, 2016 through November 30, 2016 (the "Fee Period").

During the Fee Period, Young Conaway incurred fees of $32,396.00 and expenses of $3,936.74 for a total of $36,332.74. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* dated November 7, 2016 [Docket No. 216], retained professionals may request 90% of their fees and 100% of their expenses on a monthly basis. Accordingly, Young Conaway requests payment from the Debtors in the amount of **$33,093.14** which is calculated as follows: $29,156.40 (90% of $32,396.00) and $3,936.74 (100% expenses); the remaining holdback is $3,239.60.

Attached hereto and incorporated as part of this Monthly Compensation Statement is Young Conaway's billing invoice for the Fee Period.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*/s/ Edwin J. Harron*

Edwin J. Harron
*Counsel to the Future Claimant's Representative*

01:21157149.2

# EXHIBIT A

## Time Records for the Fee Period

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600
(800) 253-2234 (DE ONLY)

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**    Lawrence Fitzpatrick
100 American Metro Blvd
Suite 108
Hamilton, NJ 08619

12/14/2016

File No. 075510.1001

For Professional Services Rendered For:

Bill No.  40397814

**Fitzpatrick, Lawrence - Future Claimants' Representative
Billing Period Through November 30, 2016**

| | |
|---|---|
| Total Fees .................................................................................$ | 32,396.00 |
| Total Expenses ....................................................................... | 3,936.74 |
| Total .................................................................$ | 36,332.74 |

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **075510.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
Billing Period Through November 30, 2016

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | | TOTAL AMOUNT |
|---|---|---|---|---|
| B001 | Case Administration | 4.60 | | 1,610.00 |
| B002 | Court Hearings | 12.50 | | 7,250.00 |
| B007 | Claims Analysis, Objections and Resolutions | 2.00 | | 1,464.00 |
| B008 | Meetings | 2.70 | | 1,962.00 |
| B011 | Other Adversary Proceedings | 2.70 | | 1,878.00 |
| B012 | Plan and Disclosure Statement | 5.20 | | 3,583.00 |
| B017 | Retention of Professionals/Fee Issues | 4.20 | | 2,403.00 |
| B018 | Fee Application Preparation | 11.00 | | 3,078.00 |
| B019 | Travel | 13.40 | | 9,168.00 |
| | Totals | 58.30 | $ | 32,396.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
Billing Period Through November 30, 2016

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task  B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Casey Cathcart | Paralegal | 2.00 | x $ | 235.00 | = | 470.00 |
| Edwin J. Harron | Partner | 0.60 | x $ | 780.00 | = | 468.00 |
| Lisa Eden | Paralegal | 0.60 | x $ | 210.00 | = | 126.00 |
| Shane M. Reil | Associate | 1.20 | x $ | 345.00 | = | 414.00 |
| Sharon M. Zieg | Partner | 0.20 | x $ | 660.00 | = | 132.00 |
| Totals: | | 4.60 | | | $ | 1,610.00 |

**Task  B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Casey Cathcart | Paralegal | 3.20 | x $ | 235.00 | = | 752.00 |
| Edwin J. Harron | Partner | 3.00 | x $ | 780.00 | = | 2,340.00 |
| Sharon M. Zieg | Partner | 6.30 | x $ | 660.00 | = | 4,158.00 |
| Totals: | | 12.50 | | | $ | 7,250.00 |

**Task  B007**
**Claims Analysis, Objections and Resolutions**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.20 | x $ | 780.00 | = | 936.00 |
| Sharon M. Zieg | Partner | 0.80 | x $ | 660.00 | = | 528.00 |
| Totals: | | 2.00 | | | $ | 1,464.00 |

3

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
Billing Period Through November 30, 2016

**Task  B008**
**Meetings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.50 | x $ | 780.00 | = | 1,170.00 |
| Sharon M. Zieg | Partner | 1.20 | x $ | 660.00 | = | 792.00 |
| | Totals: | 2.70 | | | $ | 1,962.00 |

**Task  B011**
**Other Adversary Proceedings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.80 | x $ | 780.00 | = | 624.00 |
| Sharon M. Zieg | Partner | 1.90 | x $ | 660.00 | = | 1,254.00 |
| | Totals: | 2.70 | | | $ | 1,878.00 |

**Task  B012**
**Plan and Disclosure Statement**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.50 | x $ | 780.00 | = | 1,170.00 |
| Elizabeth S. Justison | Associate | 0.10 | x $ | 370.00 | = | 37.00 |
| Sharon M. Zieg | Partner | 3.60 | x $ | 660.00 | = | 2,376.00 |
| | Totals: | 5.20 | | | $ | 3,583.00 |

4

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
Billing Period Through November 30, 2016

| **Task B017** **Retention of Professionals/Fee Issues** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Casey Cathcart | Paralegal | 0.40 | x $ | 235.00 | = | 94.00 |
| Edwin J. Harron | Partner | 0.40 | x $ | 780.00 | = | 312.00 |
| Sara Beth A.R. Kohut | Counsel | 1.90 | x $ | 530.00 | = | 1,007.00 |
| Sharon M. Zieg | Partner | 1.50 | x $ | 660.00 | = | 990.00 |
| | Totals: | 4.20 | | | $ | 2,403.00 |

| **Task B018** **Fee Application Preparation** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Lisa Eden | Paralegal | 8.60 | x $ | 210.00 | = | 1,806.00 |
| Sara Beth A.R. Kohut | Counsel | 2.40 | x $ | 530.00 | = | 1,272.00 |
| | Totals: | 11.00 | | | $ | 3,078.00 |

| **Task B019** **Travel** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edwin J. Harron | Partner | 2.70 | x $ | 780.00 | = | 2,106.00 |
| Sharon M. Zieg | Partner | 10.70 | x $ | 660.00 | = | 7,062.00 |
| | Totals: | 13.40 | | | $ | 9,168.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Aggregate Total: | 58.30 | | | $ | 32,396.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
Billing Period Through November 30, 2016

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| EHARR | Edwin J. Harron, Partner | 11.70 | $ | 780.00 | = | 9,126.00 |
| SZIEG | Sharon M. Zieg, Partner | 26.20 | $ | 660.00 | = | 17,292.00 |
| SKOHU | Sara Beth A.R. Kohut, Counsel | 4.30 | $ | 530.00 | = | 2,279.00 |
| EJUST | Elizabeth S. Justison, Associate | 0.10 | $ | 370.00 | = | 37.00 |
| SREIL | Shane M. Reil, Associate | 1.20 | $ | 345.00 | = | 414.00 |
| CCATH | Casey Cathcart, Paralegal | 5.60 | $ | 235.00 | = | 1,316.00 |
| LEDEN | Lisa Eden, Paralegal | 9.20 | $ | 210.00 | = | 1,932.00 |
| | Total: | 58.30 | | | $ | 32,396.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
File No. 075510.1001                     Invoice No. 40397814                              12-14-2016

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/01/16 | Update critical dates | CCATH | B001 | 0.20 |
| 11/01/16 | Confer with S. Zieg re: 341 Meeting | CCATH | B001 | 0.10 |
| 11/01/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/02/16 | Review recent docket items, email to S. Zieg and E. Harron re: same | SREIL | B001 | 0.10 |
| 11/03/16 | Download and circulate new pleadings | CCATH | B001 | 0.20 |
| 11/03/16 | Review incoming emails, correspondence and pleadings from Court docket | LEDEN | B001 | 0.30 |
| 11/03/16 | Draft memo summarizing recent pleadings; email to E. Harron and S. Zieg re: same | SREIL | B001 | 1.00 |
| 11/04/16 | Download and circulate new pleadings | CCATH | B001 | 0.20 |
| 11/04/16 | Review critical dates memo | SZIEG | B001 | 0.10 |
| 11/06/16 | Review docket items | SREIL | B001 | 0.10 |
| 11/07/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/08/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/08/16 | Review incoming pleadings and correspondence from Court docket | LEDEN | B001 | 0.10 |
| 11/09/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/09/16 | Review incoming pleadings and correspondence | LEDEN | B001 | 0.10 |
| 11/10/16 | Update critical dates calendar | CCATH | B001 | 0.10 |
| 11/10/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/11/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/15/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/17/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/21/16 | Download and circulate new pleadings | CCATH | B001 | 0.10 |
| 11/21/16 | Call with L. Fitzpatrick re: case strategy | EHARR | B001 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
File No. 075510.1001                Invoice No. 40397814                12-14-2016

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/22/16 | Update critical dates calendar | CCATH | B001 | 0.10 |
| 11/23/16 | Download and circulate new pleadings | CCATH | B001 | 0.20 |
| 11/23/16 | Call with L. Fitzpatrick re: report on hearing | EHARR | B001 | 0.30 |
| 11/29/16 | Review incoming pleadings and correspondence | LEDEN | B001 | 0.10 |
| 11/30/16 | Review summary re: 341 Meeting on 11/29/16 | SZIEG | B001 | 0.10 |
| | Sub Total | | | 4.60 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/03/16 | Attend hearing | SZIEG | B002 | 1.00 |
| 11/03/16 | Draft summary to client re: 11/3/16 hearing | SZIEG | B002 | 1.10 |
| 11/03/16 | Review agenda and briefly review pleadings re: preparation for hearing | SZIEG | B002 | 0.40 |
| 11/18/16 | Assemble exhibits for hearing on motion to transfer venue for E. Harron and S. Zieg | CCATH | B002 | 1.60 |
| 11/21/16 | Assemble materials for 11/22/16 hearing | CCATH | B002 | 1.40 |
| 11/21/16 | Teleconference with K. Maclay and T. Phillips re: preparation for 11/21/16 hearing | SZIEG | B002 | 0.30 |
| 11/22/16 | Assemble additional materials for 11/22/16 hearing | CCATH | B002 | 0.20 |
| 11/22/16 | Attend hearing re: venue motion | EHARR | B002 | 3.00 |
| 11/22/16 | Prepare for hearing | SZIEG | B002 | 0.50 |
| 11/22/16 | Attend hearing | SZIEG | B002 | 3.00 |
| | Sub Total | | | 12.50 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/01/16 | Correspondence with A. Brockman re: confidentiality of Debtors' data | SZIEG | B007 | 0.20 |
| 11/04/16 | Call with D. Neale and email to A. Brockman re: case timetable | EHARR | B007 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
File No. 075510.1001                     Invoice No. 40397814                          12-14-2016

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/04/16 | Correspondence to D. Prieto re: confidentiality agreement of Ankura Consulting Group re: claims database | SZIEG | B007 | 0.20 |
| 11/04/16 | Correspondence re: timing of preliminary claims forecast | SZIEG | B007 | 0.20 |
| 11/09/16 | Correspondence to/from D. Prieto re: claims data | SZIEG | B007 | 0.20 |
| 11/10/16 | Review forecast reports | EHARR | B007 | 1.00 |
| | Sub Total | | | 2.00 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/01/16 | Correspondence F. Parrish re: 341 Meeting and notice of same | SZIEG | B008 | 0.20 |
| 11/04/16 | Attend 341 Meeting | SZIEG | B008 | 0.50 |
| 11/14/16 | Dinner meeting with Caplin & Drysdale team re: due diligence (billed at 1/2 time) | EHARR | B008 | 1.00 |
| 11/22/16 | Breakfast meeting with Truck Insurance (billed at 1/2 time) | EHARR | B008 | 0.50 |
| 11/22/16 | Working breakfast with counsel for the ACC and counsel to Truck Insurance re: pending issues (billed at 1/2 time) | SZIEG | B008 | 0.50 |
| | Sub Total | | | 2.70 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/21/16 | Review Truck insurance discovery | EHARR | B011 | 0.80 |
| 11/28/16 | Teleconference with K. Maclay, T. Phillips, D. Neal, and A. Hoyt re: discovery served on Truck (1.2); prepare for same (.6) | SZIEG | B011 | 1.80 |
| 11/28/16 | Correspondence with S. Sullivan re: historical issues | SZIEG | B011 | 0.10 |
| | Sub Total | | | 2.70 |

9

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
File No. 075510.1001                     Invoice No. 40397814                          12-14-2016

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/01/16 | Email to L. Fitzpatrick re: McChesney deposition | EJUST | B012 | 0.10 |
| 11/01/16 | Review and revise summary re: McChesney deposition | SZIEG | B012 | 0.80 |
| 11/02/16 | Correspondence with S. Reil re: motion to enter into cost sharing | SZIEG | B012 | 0.10 |
| 11/04/16 | Review and revise summary re: motion for cost sharing; review agreement attached to same | SZIEG | B012 | 0.40 |
| 11/15/16 | Review UCC filing re: venue | EHARR | B012 | 0.10 |
| 11/15/16 | Emails with K. Maclay re: due diligence | EHARR | B012 | 0.10 |
| 11/20/16 | Review omnibus response to objections re: venue motion | EHARR | B012 | 0.80 |
| 11/20/16 | Review stipulated facts re: venue motion | EHARR | B012 | 0.50 |
| 11/21/16 | Review filings re: motion to transfer venue | SZIEG | B012 | 2.30 |
| | Sub Total | | | 5.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/01/16 | Confer with E. Harron and L. Eden re: interim compensation procedures | CCATH | B017 | 0.10 |
| 11/01/16 | Review and revise draft fee application for L. Fitzpatrick; analyze WDNC rules and guidelines for same | SKOHU | B017 | 0.20 |
| 11/01/16 | Correspondence re: FCR E&O insurance-related issues | SZIEG | B017 | 0.10 |
| 11/03/16 | Research re: interim compensation procedures per request of S. Zieg | CCATH | B017 | 0.20 |
| 11/03/16 | Edit L. Fitzpatrick draft re: fee statement and discuss with client | EHARR | B017 | 0.40 |
| 11/03/16 | Confer with L. Eden re: strategy for L. Fitzpatrick fee application; emails with L. Eden and E. Harron re: same | SKOHU | B017 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
File No. 075510.1001                    Invoice No. 40397814                    12-14-2016

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/03/16 | Review revised fee procedures order; correspondence to J. Miller re: same | SZIEG | B017 | 0.10 |
| 11/04/16 | Analyze updated L. Fitzpatrick monthly fee application and correspondence from F. Parrish re: same (.4); telephone to/from F. Parrish re: same (.2); review and revise monthly fee application for L. Fitzpatrick (.4); email to E. Harron and L. Eden re: same (.1) | SKOHU | B017 | 1.10 |
| 11/08/16 | Review and revise updated draft Fitzpatrick fee application; email to Fitzpatrick re: same | SKOHU | B017 | 0.50 |
| 11/08/16 | Correspondence to L. Fitzpatrick re: cost sharing motion | SZIEG | B017 | 0.80 |
| 11/17/16 | Confer with L. Eden re: fee application procedures | CCATH | B017 | 0.10 |
| 11/17/16 | Address issues re: L. Fitzpatrick's liability insurance | SZIEG | B017 | 0.30 |
| 11/28/16 | Review and revise correspondence re: L. Fitzpatrick's E&O policies | SZIEG | B017 | 0.20 |
| | Sub Total | | | 4.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/01/16 | Begin drafting first monthly fee application of L. Fitzpatrick for 9/30/16 through 10/31/16 | LEDEN | B018 | 1.50 |
| 11/01/16 | Review Local Rules, Guidelines, and obtain sample fee applications in preparation of drafting L. Fitzpatrick's first monthly fee application | LEDEN | B018 | 1.00 |
| 11/02/16 | Continue preparation and drafting of L. Fitzpatrick's first monthly fee application for 9/30/16 through 10/31/16 | LEDEN | B018 | 1.50 |
| 11/02/16 | Analyze revised draft fee application for L. Fitzpatrick; analyze Fitzpatrick timesheets for privilege | SKOHU | B018 | 0.20 |
| 11/02/16 | Analyze and revise draft fee application for L. Fitzpatrick and WDNC compensation guidelines; email to L. Eden re: comments on same | SKOHU | B018 | 0.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
File No. 075510.1001                     Invoice No. 40397814                           12-14-2016

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/03/16 | Meet with S. Kohut re: first monthly fee application of the FCR | LEDEN | B018 | 0.20 |
| 11/03/16 | Further update and revise first monthly application of L. Fitzpatrick per email received from F. Parrish; email same to S. Kohut for review | LEDEN | B018 | 0.80 |
| 11/03/16 | Update and revise fee invoice received from L. Fitzpatrick | LEDEN | B018 | 1.10 |
| 11/08/16 | Update and revise first monthly fee application of L. Fitzpatrick | LEDEN | B018 | 0.60 |
| 11/09/16 | Emails from/to E. Harron re: first monthly fee applications of FCR professionals | LEDEN | B018 | 0.10 |
| 11/15/16 | Prepare first monthly fee application of YCST for October 2016 | LEDEN | B018 | 0.60 |
| 11/16/16 | Emails with F. Parrish re: status and strategy for finalizing first fee statements; internal emails re: same | SKOHU | B018 | 0.20 |
| 11/16/16 | Analyze for privilege YCST invoice from 9/30/16 through 10/31/16 | SKOHU | B018 | 0.60 |
| 11/17/16 | Update and finalize first monthly fee application of YCST | LEDEN | B018 | 0.40 |
| 11/17/16 | Update and finalize first monthly fee application of FCR | LEDEN | B018 | 0.30 |
| 11/17/16 | Draft notice re: first monthly fee application of Ankura | LEDEN | B018 | 0.50 |
| 11/17/16 | Emails with L. Eden and E Harron re: finalizing YCST and FCR first monthly fee applications; analyze same to finalize; telephone to A. Brockman re: same | SKOHU | B018 | 0.60 |
| 11/17/16 | Correspondence from A. Brockman and to F. Parrish re: FCR, YCST, and Ankura first monthly fee statements | SKOHU | B018 | 0.20 |
| 11/21/16 | Analyze Hull & Chandler first monthly fee statement | SKOHU | B018 | 0.10 |
| | Sub Total | | | 11.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
File No. 075510.1001                  Invoice No. 40397814                          12-14-2016

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 11/02/16 | Non-working travel to Charlotte, NC for 11/3/16 hearing and 11/4/16 341 Meeting (billed at 1/2 time) | SZIEG | B019 | 1.50 |
| 11/04/16 | Non-working travel from Charlotte, NC re: 11/3/16 hearing and 11/4/16 341 Meeting (billed at 1/2 time) (NOTE: No earlier flights) | SZIEG | B019 | 2.40 |
| 11/21/16 | Non-working travel to Charlotte, NC for 11/22/16 hearing (billed at 1/2 time) | EHARR | B019 | 1.20 |
| 11/21/16 | Non-working travel to Charlotte, NC for 11/22/16 hearing | SZIEG | B019 | 4.50 |
| 11/22/16 | Non-working travel from Charlotte, NC re: 11/22/16 hearing (billed at 1/2 time) | EHARR | B019 | 1.50 |
| 11/22/16 | Non-working travel from Charlotte, NC re: 11/22/16 hearing (billed at 1/2 time) | SZIEG | B019 | 2.30 |
| | Sub Total | | | 13.40 |

## **EXHIBIT B**

### **Expense Records for the Fee Period**

01:21157149.2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Fitzpatrick, Lawrence - Future Claimants' Representative
Billing Period Through November 30, 2016

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
|---|---|
| Reproduction Charges | 110.50 |
| Air/Rail Travel | 1,938.70 |
| Hotel/Lodging | 1,025.44 |
| Parking | 64.00 |
| Car/Bus/Subway Travel | 582.70 |
| Travel Meals | 115.70 |
| Docket Retrieval / Search | 99.70 |
| Total Disbursements: | $3,936.74 |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   303077

Page 14 (14)
RUN: 12/14/16
TIME: 13:40:27

CONTROL:     810524

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' RepresenMATTER: 075510.1001 Bankruptcy of Hanson Permanente Cement, Inc.

UNBILLED EXPENSES
(Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|------|--------------|-----------|---------|---------|------|-------------|----------------|---------------|---------------|---------|------------------------|
| 10/03/16 | S102 | 5042043 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 6.20 | 6.20 | | B | |
| 10/04/16 | S102 | 5042044 | | | VENDOR NAME: | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.00 | 1.00 | | B | |
| 10/05/16 | S102 | 5042045 | | | VENDOR NAME: | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.60 | 0.60 | | B | |
| 10/05/16 | S102 | 5042046 | | | VENDOR NAME: | LEDENDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 10.10 | 10.10 | | B | |
| 10/06/16 | S102 | 5042047 | | | VENDOR NAME: | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.80 | 1.80 | | B | |
| 10/07/16 | S102 | 5042048 | | | VENDOR NAME: | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 9.00 | 9.00 | | B | |
| 10/10/16 | S102 | 5042049 | | | VENDOR NAME: | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.40 | 0.40 | | B | |
| 10/11/16 | S102 | 5042050 | | | VENDOR NAME: | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.50 | 1.50 | | B | |
| 10/12/16 | S102 | 5042051 | | | VENDOR NAME: | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.60 | 0.60 | | B | |
| 10/13/16 | S102 | 5042052 | | | VENDOR NAME: | CCATHDocket Retrieval / Search - Payee: | 0.50 | 0.50 | | B | |

CONTROL:    810524

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER    303077

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' RepresenMATTER: 075510.1001 Bankruptcy of Hanson Permanente Cement, Inc.

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|------|--------------|-----------|---------|---------|------|-------------|----------------|---------------|---------------|---------|------------------------|
| | | | | | | Pacer Service Center Pacer | | | | | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/14/16 | S102 | 5042053 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.20 | 1.20 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/17/16 | S102 | 5042054 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 5.00 | 5.00 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/18/16 | S102 | 5042055 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.40 | 0.40 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/19/16 | S102 | 5042056 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 8.60 | 8.60 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/20/16 | S102 | 5042057 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 7.90 | 7.90 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/21/16 | S102 | 5042058 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 13.50 | 13.50 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/24/16 | S102 | 5042059 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.00 | 1.00 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/25/16 | S102 | 5042060 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 1.90 | 1.90 | | B | |
| | | VENDOR NAME: | | | | | | | | | |
| 10/26/16 | S102 | 5042061 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 0.30 | 0.30 | | B | |
| | | VENDOR NAME: | | | | | | | | | |

```
                                Young, Conaway, Stargatt and Taylor                          Page 16 (16)
                                     PROFORMA BILLING WORKSHEET                               RUN: 12/14/16
                             FOR BILLING PROFORMA NUMBER   303077                             TIME: 13:40:27

CONTROL:      810524

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' RepresenMATTER: 075510.1001 Bankruptcy of Hanson Permanente Cement, Inc.

UNBILLED EXPENSES  (Continued)
 EXPENSE                                                   RECORDED    BILLING   REVISED  ------- STATUS -------
DATE     CODE   INDEX NO.  CHECK # INVOICE    ORIG  DESCRIPTION     VALUE      VALUE     VALUE   CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 10/27/16 | S102 | 5042062 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 4.00 | 4.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 10/28/16 | S102 | 5042063 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 7.40 | 7.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 10/31/16 | S102 | 5042064 | | | | CCATHDocket Retrieval / Search - Payee: Pacer Service Center Pacer | 16.80 | 16.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 11/01/16 | S001 | 5025536 | | | | SKOHUPhotocopy Charges Duplication BW 0592 | 2.00 | 1.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 11/01/16 | S001 | 5025537 | | | | SKOHUPhotocopy Charges Duplication BW 0592 | 3.80 | 1.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 11/01/16 | S001 | 5025538 | | | | SKOHUPhotocopy Charges Duplication BW 0592 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 11/01/16 | S001 | 5025539 | | | | LEDENPhotocopy Charges Duplication BW 0791 | 2.20 | 1.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 11/01/16 | S001 | 5025540 | | | | SKOHUPhotocopy Charges Duplication BW 0592 | 3.80 | 1.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 11/02/16 | 027 | 5025826 | 90014336 | | | SZIEGAir/Rail Travel - Payee: Sharon Zieg * Train fare (one way) for L. Fitzpatrick re: 9/26/16 meeting in Washington, DC | 123.00 | 123.00 | | B | | | | | |
| | | VENDOR NAME: Sharon Zieg | | | | | | | | | | | | | |
| 11/02/16 | 027 | 5025827 | 90014336 | | | SZIEGAir/Rail Travel - Payee: Sharon | 1,928.70 | 1,728.70 | | B | | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   303077

Page 17 (17)
RUN: 12/14/16
TIME: 13:40:27

CONTROL:   810524

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' RepresentMATTER: 075510.1001 Bankruptcy of Hanson Permanente Cement, Inc.

UNBILLED EXPENSES   (Continued)

| EXPENSE CODE / DATE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Zieg * Airfare (round trip, full coach) for S. Zieg to Charlotte, NC for 10/4/16 hearing | | | | | |
| VENDOR NAME: Sharon Zieg | | | | | | | | | | |
| 11/02/16 074 | 5025830 | 90014336 | | SZIEG | Hotel/Lodging - Payee: Sharon Zieg * (1 night, Charlotte Marriott City Center) for S. Zieg re: 10/4/16 hearing | 462.16 | 462.16 | | B | |
| VENDOR NAME: Sharon Zieg | | | | | | | | | | |
| 11/02/16 074 | 5025833 | 90014336 | | SZIEG | Hotel/Lodging - Payee: Sharon Zieg * (1 night) for S. Zieg re: 10/24/16 deposition in Pittsburgh, PA | 563.28 | 563.28 | | B | |
| VENDOR NAME: Sharon Zieg | | | | | | | | | | |
| 11/02/16 086 | 5025829 | 90014336 | | SZIEG | Parking - Payee: Sharon Zieg * Parking for S. Zieg at Philadelphia airport re: 10/4/16 hearing in Charlotte, NC | 34.00 | 34.00 | | B | |
| VENDOR NAME: Sharon Zieg | | | | | | | | | | |
| 11/02/16 086 | 5025832 | 90014336 | | SZIEG | Parking - Payee: Sharon Zieg * Parking for S. Zieg at Philadelphia airport re: 10/24/16 deposition in Pittsburgh, PA | 30.00 | 30.00 | | B | |
| VENDOR NAME: Sharon Zieg | | | | | | | | | | |
| 11/02/16 087 | 5025828 | 90014336 | | SZIEG | Car/Bus/Subway Travel - Payee: Sharon Zieg * Cab fare for S. | 30.00 | 30.00 | | B | |

CONTROL:        810524

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   303077

Page 18 (18)
RUN: 12/14/16
TIME: 13:40:27

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' Represen MATTER: 075510.1001 Bankruptcy of Hanson Permanent Cement, Inc.

UNBILLED EXPENSES      (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | Zieg on 10/3/16 from airport to hotel re: 10/4/16 hearing in Charlotte, NC | | | | | |
| | | VENDOR NAME: Sharon Zieg | | | | | | | | | |
| 11/02/16 | 116 | 5025831 | 90014336 | | SZIEG | Travel Meals - Payee: Sharon Zieg * Breakfast for S. Zieg and dinner for S. Zieg and E. Justison on 10/24/16 re: 10/24/16 deposition in Pittsburgh, PA | 87.96 | 87.96 | | B | ─ ─ ─ |
| | | VENDOR NAME: Sharon Zieg | | | | | | | | | |
| 11/02/16 | S001 | 5026268 | | | LEDEN | Photocopy Charges Duplication BW 0791 | 1.60 | 0.80 | | B | ─ ─ ─ |
| | | VENDOR NAME: | | | | | | | | | |
| 11/02/16 | S001 | 5026269 | | | LEDEN | Photocopy Charges Duplication BW 0791 | 1.20 | 0.60 | | B | ─ ─ ─ |
| | | VENDOR NAME: | | | | | | | | | |
| 11/03/16 | 087 | 5026632 | 90014330 | | EHARR | Car/Bus/Subway Travel - Payee: Harron, Edwin J. * Transportation (round trip) for E. Harron and S. Zieg from Charlotte airport re: 10/4/16 hearing | 86.25 | 86.25 | | B | ─ ─ ─ |
| | | VENDOR NAME: Harron, Edwin J. | | | | | | | | | |
| 11/03/16 | 116 | 5026633 | 90014330 | | EHARR | Travel Meals - Payee: Harron, Edwin J. * Breakfast (Charlotte Marriott City Center) for E. Harron on 10/18/16 re: 10/18/16 hearing | 27.74 | 27.74 | | B | ─ ─ ─ |

```
CONTROL:     810524                    Young, Conaway, Stargatt and Taylor                          Page 19 (19)
                                          PROFORMA BILLING WORKSHEET                                 RUN: 12/14/16
                                    FOR BILLING PROFORMA NUMBER   303077                             TIME: 13:40:27

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' RepresenMATTER: 075510.1001 Bankruptcy of Hanson Permanent Cement, Inc.
```

UNBILLED EXPENSES    (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VENDOR NAME: Harron, Edwin J. | | | | | | | | | |
| 11/03/16 | S001 | 5027082 | | | | LEDENPhotocopy Charges Duplication BW 0791 | 1.60 | 0.80 | — | B | — | — | — | — | — |
| 11/03/16 | S001 | 5027083 | | | | VENDOR NAME: LEDENPhotocopy Charges Duplication BW 0791 | 1.80 | 0.90 | — | B | — | — | — | — | — |
| 11/03/16 | S001 | 5027084 | | | | VENDOR NAME: LEDENPhotocopy Charges Duplication BW 0791 | 1.60 | 0.80 | — | B | — | — | — | — | — |
| 11/03/16 | S001 | 5027085 | | | | VENDOR NAME: LEDENPhotocopy Charges Duplication BW 0791 | 2.40 | 1.20 | — | B | — | — | — | — | — |
| 11/03/16 | S001 | 5027086 | | | | VENDOR NAME: LEDENPhotocopy Charges Duplication BW 0791 | 2.40 | 1.20 | — | B | — | — | — | — | — |
| 11/03/16 | S001 | 5027087 | | | | VENDOR NAME: LEDENPhotocopy Charges Duplication BW 0791 | 2.40 | 1.20 | — | B | — | — | — | — | — |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/04/16 | 087 | 5027260 | 172032 | | | EHARRCar/Bus/Subway Travel - Payee: Park Avenue Limousine, Inc. Transportation for E. Harron to Philadelphia airport re: 10/4/16 hearing in Charlotte, NC | 123.50 | 123.50 | — | B | — | — | — | — | — |
| | | | | | | VENDOR NAME: Park Avenue Limousine, Inc. | | | | | | | | | |
| 11/04/16 | 087 | 5027261 | 172032 | | | EHARRCar/Bus/Subway Travel - Payee: Park Avenue Limousine, Inc. Transportation for E. Harron from Philadelphia airport re: 10/4/16 hearing in Charlotte, NC | 131.50 | 131.50 | — | B | — | — | — | — | — |
| | | | | | | VENDOR NAME: Park Avenue Limousine, Inc. | | | | | | | | | |

```
CONTROL:    810524                    Young, Conaway, Stargatt and Taylor                        Page 20 (20)
                                        PROFORMA BILLING WORKSHEET                                RUN: 12/14/16
                                      FOR BILLING PROFORMA NUMBER   303077                        TIME: 13:40:27

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' RepresenMATTER: 075510.1001 Bankruptcy of Hanson Permanente Cement, Inc.

UNBILLED EXPENSES
          EXPENSE                                                                                       ------ STATUS ------
  DATE     CODE   INDEX NO. CHECK # INVOICE  ORIG  DESCRIPTION      RECORDED   BILLING   REVISED  CURRENT BNC  B/O  H  X  BNP
                                                                    VALUE      VALUE     VALUE
          (Continued)

11/07/16  027   5029389  90014330       EHARRAir/Rail Travel -      87.00      87.00                  B
                                             Payee: Harron,
                                             Edwin J. * Cost
                                             difference for
                                             returned
                                             multi-city ticket
                                             re: 11/2 travel
                                             (voucher to be
                                             issued to Harron)

VENDOR NAME: Harron, Edwin J.
11/08/16  087   5030223  90014330       SZIEGCar/Bus/Subway          50.71      50.71                  B
                                             Travel - Payee:
                                             Harron, Edwin J.
                                             * Transportation
                                             for S. Zieg and
                                             E. Justison from
                                             deposition
                                             location to
                                             Pittsburgh
                                             airport re:
                                             10/24/16
                                             deposition

VENDOR NAME: Harron, Edwin J.
11/08/16  S001  5031281              LEDENPhotocopy Charges           1.20       0.60                  B
                                             Duplication BW
                                             0791

VENDOR NAME: The Limo Exchange, Inc.
11/09/16  087   5030268  172184      SZIEGCar/Bus/Subway            104.00     104.00                  B
                                             Travel - Payee:
                                             The Limo
                                             Exchange, Inc.
                                             Transportation
                                             for S. Zieg from
                                             Philadelphia
                                             airport re:
                                             10/4/16 hearing
                                             in Charlotte, NC

VENDOR NAME: The Limo Exchange, Inc.
11/17/16  S001  5035908              JFORBPhotocopy Charges           2.60       1.30                  B
                                             Duplication BW
                                             0541

VENDOR NAME:
11/18/16  S001  5036668              CCATHPhotocopy Charges           4.20       2.10                  B
                                             Duplication BW
                                             0762

VENDOR NAME:
11/18/16  S001  5036669              CCATHPhotocopy Charges           2.40       1.20                  B
```

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   303077

Page 21 (21)
RUN: 12/14/16
TIME: 13:40:27

CONTROL:   810524

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' RepresenMATTER: 075510.1001 Bankruptcy of Hanson Permanente Cement, Inc.

UNBILLED EXPENSES   (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|------|--------------|-----------|---------|---------|------|-------------|----------------|---------------|---------------|----------------|-----|-----|---|---|-----|
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036670 | | | CCATH | Photocopy Charges Duplication BW 0762 | 5.20 | 2.60 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036671 | | | CCATH | Photocopy Charges Duplication BW 0762 | 3.40 | 1.70 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036672 | | | CCATH | Photocopy Charges Duplication BW 0762 | 1.20 | 0.60 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036673 | | | CCATH | Photocopy Charges Duplication BW 0762 | 4.60 | 2.30 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036674 | | | CCATH | Photocopy Charges Duplication BW 0762 | 2.40 | 1.20 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036675 | | | CCATH | Photocopy Charges Duplication BW 0762 | 39.40 | 19.70 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036676 | | | CCATH | Photocopy Charges Duplication BW 0762 | 3.00 | 1.50 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036677 | | | CCATH | Photocopy Charges Duplication BW 0762 | 3.00 | 1.50 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036678 | | | CCATH | Photocopy Charges Duplication BW 0762 | 1.60 | 0.80 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/18/16 | S001 | 5036679 | | | CCATH | Photocopy Charges Duplication BW 0762 | 48.00 | 24.00 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |
| 11/21/16 | S001 | 5037330 | | | CCATH | Photocopy Charges Duplication BW 0762 | 16.20 | 8.10 | | B | | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   303077

Page 22 (22)
RUN: 12/14/16
TIME: 13:40:27

CONTROL:     810524

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' RepresentMATTER: 075510.1001 Bankruptcy of Hanson Permanente Cement, Inc.

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 11/21/16 | S001 | 5037331 | | | CCATH | Photocopy Charges Duplication BW 0762 | 1.80 | 0.90 | | B | | | | | |
| 11/21/16 | S001 | 5037332 | VENDOR NAME: | | CCATH | Photocopy Charges Duplication BW 0762 | 4.60 | 2.30 | | B | | | | | |
| 11/21/16 | S001 | 5037333 | VENDOR NAME: | | CCATH | Photocopy Charges Duplication BW 0762 | 11.60 | 5.80 | | B | | | | | |
| 11/21/16 | S001 | 5037334 | VENDOR NAME: | | CCATH | Photocopy Charges Duplication BW 0762 | 10.80 | 5.40 | | B | | | | | |
| 11/21/16 | S001 | 5037335 | VENDOR NAME: | | CCATH | Photocopy Charges Duplication BW 0762 | 6.20 | 3.10 | | B | | | | | |
| 11/21/16 | S001 | 5037336 | VENDOR NAME: | | JFORB | Photocopy Charges Duplication BW 0541 | 2.60 | 1.30 | | B | | | | | |
| 11/21/16 | S001 | 5037337 | VENDOR NAME: | | CCATH | Photocopy Charges Duplication BW 0762 | 3.00 | 1.50 | | B | | | | | |
| 11/21/16 | S001 | 5037338 | VENDOR NAME: | | CCATH | Photocopy Charges Duplication BW 0762 | 14.20 | 7.10 | | B | | | | | |
| 11/22/16 | 087 | 5037598 | 90014439 | VENDOR NAME: | SZIEG | Car/Bus/Subway Travel - Payee: Sharon Zieg * Transportation to Wilmington train station for S. Zieg on 9/26/16 re: meeting with Debtors and ACC in Washington, DC | 6.03 | 6.03 | | B | | | | | |
| 11/22/16 | 087 | 5037599 | 90014439 | VENDOR NAME: Sharon Zieg | SZIEG | Car/Bus/Subway Travel - Payee: Sharon Zieg * Transportation to | 50.71 | 50.71 | | B | | | | | |

CONTROL:     810524

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER  303077

Page 23  (23)
RUN: 12/14/16
TIME: 13:40:27

CLIENT: 075510 Fitzpatrick, Lawrence - Future Claimants' Represen MATTER: 075510.1001 Bankruptcy of Hanson Permanente Cement, Inc.

UNBILLED EXPENSES          (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

STATUS

Pittsburgh
airport for S.
Zieg and E.
Justison on
10/24/16 re:
McChesney
deposition

VENDOR NAME: Sharon Zieg

|  |  |  |  | 4,247.24 | 3,936.74 |
|---|---|---|---|---|---|

INCLUDED EXPENSES FOR MATTER: 075510.1001        4,247.24      3,936.74
EXCLUDED EXPENSES (Expenses on Hold)              0.00          0.00
EXPENSES AFTER CUTOFF DATE                        5,428.81

STATUS CODE LEGEND
B    Billable                                H    Expense  on Hold (Excluded)      NB    Non-Billable
BNC  Bill - No Charge                        X    Excluded from Instruction        BNP   Expense will not show on Statement
B/O  Billable - reduce value to "0"

EXPENSE CODE SUMMARY

| EXPENSE CODE | DESCRIPTION | RECORDED VALUE | BILLING VALUE |
|---|---|---|---|
| 027 | Air/Rail Travel | 2,138.70 | 1,938.70 |
| 074 | Hotel/Lodging | 1,025.44 | 1,025.44 |
| 086 | Parking | 64.00 | 64.00 |
| 087 | Car/Bus/Subway Travel | 582.70 | 582.70 |
| 116 | Travel Meals | 115.70 | 115.70 |
| S001 | Photocopy Charges | 221.00 | 110.50 |
| S102 | Docket Retrieval / Search | 99.70 | 99.70 |
| | EXPENSE TOTAL | 4,247.24 | 3,936.74 |

TOTAL EXPENSES FOR INSTRUCTION:     303077            4,247.24      3,936.74

BILL HISTORY

| BILL NUMBER | DATE | FEES | BILLED EXPENSES | ON-ACCOUNT | CASH RECEIVED | LAST PAY DATE | RECEIVABLE WRITTEN-OFF | OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 40395897 | 10/10/16 | 30,079.50 | 677.03 | 0.00 | 30,756.53 | 10/12/16 | 0.00 | 0.00 |
| 40396971 | 11/16/16 | 73,020.50 | 6,327.60 | 0.00 | 0.00 | | 0.00 | 79,348.10 |
| TOTAL: | | 103,100.00 | 7,004.63 | 0.00 | 30,756.53 | | 0.00 | 79,348.10 |