# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF NORTH CAROLINA

PDF FILE WITH AUDIO ATTACHMENT

16–31602

Kaiser Gypsum Company, Inc.

---

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 16–31602 |
| Case Title : | Kaiser Gypsum Company, Inc. |
| Audio Date\Time: | 03/23/2017 09:08:50 AM |

---

**Help using this file:**

```
An audio file is embedded as an attachment
in this PDF document. To listen to the file,
click the Attachment tab or Paper Clip icon.
Select the Audio File and click Open.
```

This digital recording is a copy of a court proceeding and is provided as a convenience to the public.   In accordance with 28 U.S.C. § 753(b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."