FILED & JUDGMENT ENTERED
Steven T. Salata

March 30 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

In re:

Kaiser Gypsum Company, Inc.,

        Debtor(s).

Chapter 11

Case No. 16-31602 (JCW)

(Jointly Administered)

**ORDER GRANTING FIRST STATE'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

    This matter having come before the Court on the motion (the "Motion") of First State Insurance Company, London & Edinburgh Insurance Co., Ltd., New England Reinsurance Corporation and Twin City Fire Insurance Company (collectively, "First State") [Dkt. # 394], for the purposes of lifting the automatic stay to permit the parties to proceed in the state law insurance coverage action captioned *Certain Underwriters at Lloyd's, London v. Kaiser Cement and Gypsum Corp., et al.*, Case No. BC 635906 (Cal. Super. Ct., Los Angeles Cty.) (the "London Action"), and having considered the brief in support [Dkt. # 395], the oppositions thereto [Dkt. #

409 and 411] and the reply brief in support [Dkt. # 415], and argument having been held on the

Motion on March 23, 2017;

    IT IS HEREBY ORDERED THAT:

    1.    First State's Motion is Granted.

    2.    Pursuant to 11 U.S.C. § 362(d), the automatic stay in this action is modified to

allow the parties to proceed in the London Action.

    3.    This Order is effective immediately notwithstanding the provisions of Bankruptcy

Rule 4001(a)(3).

This Order has been signed electronically.  The     United States Bankruptcy Court
judge's signature and court's seal appear at the top of
the Order.