FILED & JUDGMENT ENTERED
Steven T. Salata

May 16 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re<br><br>KAISER GYPSUM COMPANY, INC., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-31602 (JCW)<br><br>(Jointly Administered) |
| KAISER GYPSUM COMPANY, INC.,<br>and HANSON PERMANENTE CEMENT,<br>INC. (f/k/a Kaiser Cement Corporation),<br><br>Plaintiffs,<br><br>v.<br><br>AIU INSURANCE COMPANY et al.,<br><br>Defendants. | Adv. Proc. No. 16-3340 |

## ORDER GRANTING FIRST STATE'S MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter came before the Court on the motion of First State Insurance Company, London & Edinburgh Insurance Co., Ltd., New England Reinsurance Corporation and Twin City

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

Fire Insurance Company (collectively, "First State") [Docket No. 394] (the "Motion") for relief from the automatic stay. Upon consideration of the Motion, the brief in support [Docket No. 395], the oppositions thereto [Docket Nos. 409 and 411], and the reply brief in support [Docket No. 415], and having heard the arguments of counsel in support of and in opposition to the Motion at a hearing on March 23, 2017; and the court having determined, for the reasons stated on the record at a telephonic hearing on March 27, 2017, that relief from stay should be granted; now, therefore,

IT IS HEREBY ORDERED THAT:

1. First State's Motion is GRANTED, as set forth herein.

2. The automatic stay is modified to permit the parties to proceed in the action captioned *Certain Underwriters at Lloyd's, London v. Kaiser Cement and Gypsum Corp., et al.*, Case No. BC 635906 (Cal. Super. Ct., Los Angeles Cty.), effective the fifth business day after the last date that all of the following have occurred: (i) the expiration of 14 days after the entry of this order, (ii) the date that any stay of this order expires, and (iii) the Debtors' transmission, via electronic mail to counsel for Certain Underwriters at Lloyd's, London (to rwroten@duanemorris.com and bakelly@duanemorris.com) and First State (to jruggeri@goodwin.com and khance@goodwin.com), of written notice that the action captioned *Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* (*f/k/a Kaiser Cement Corporation*) *v. AIU Insurance Company, et al.*, Case No. 16CV32181, in the Circuit Court for the State of Oregon for the County of Multnomah, has been reactivated.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court