**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF PROPOSED AGENDA OF**
**MATTERS SCHEDULED FOR EMERGENCY HEARING ON**
**TUESDAY, JANUARY 29, 2019, AT 2:00 P.M.**

1. Emergency Motion for a Stay of Proceedings in Light of Lapse of Appropriations [Docket No. 1420].

   a. Related Pleadings: None.

   b. Objection Deadline: None stated.

   c. Status: This matter is going forward.

**Requests for telephonic appearances should be directed to** hearings@ncwd.net**.**

This, the 25th day of January 2019.

                                        RAYBURN COOPER & DURHAM, P.A.

                                        By:    /s/ John R. Miller, Jr.
                                               John R. Miller, Jr.
                                               N.C. State Bar No. 28689
                                               1200 Carillion, 227 West Trade Street
                                               Charlotte, NC  28202
                                               (704) 334-0891

                                        *Counsel to the Debtors and Debtors in possession*

---

1       The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313).  The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

{00321803 v 1 } 1