UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

NOTICE OF PROPOSED AGENDA OF
MATTERS SCHEDULED FOR HEARING ON
THURSDAY, APRIL 11, 2019, AT 9:30 A.M.

## RESOLVED MATTERS

**1.    Debtors' First Omnibus Objection to Claims of The Boeing Company (Claim Nos. 68, 281, 447 and 645) [Docket No. 1277]**

   a. Related Pleadings:

      i. *Declaration of Charles E. McChesney II in Support of Debtors' First, Second, Third and Fourth Objections to Claims* [Docket No. 1281]

      ii. *AIU Insurance Company, Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (for itself and for Landmark Insurance Company) Joinder in Debtors' First, Second, Third, and Fourth Omnibus Objections to Lower Duwamish Waterway Claims* [Docket No. 1317]

      iii. *Joinder by Certain Insurances in Debtors' First Omnibus Objection to Lower Duwamish Waterway Claims (The Boeing Company (Claim Nos. 68, 281, 447 and 645)) [Docket No. 1318]*

---

1    The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

{00324206 v 1 }1

      iv. *Response of The Boeing Company to Debtors' First Omnibus Objection to Lower Duwamish Waterway Claims (The Boeing Company) (Claim Nos. 68, 281, 447, and 645); Motion to Strike; Request for Temporary Allowance of Claims for Voting Purposes* [Docket No. 1355]

      v. *Declaration of Brett Prodzinski in Support of Response of The Boeing Company to Debtors' First Omnibus Objection to Lower Duwamish Waterways Claims* [Docket No. 1356]

      vi. *Declaration of Jay Vandeven in Support of Response of The Boeing Company to Debtor's First Omnibus Objection to Lower Duwamish Waterways Claims* [Docket No. 1357]

      vii. *Debtors' Limited Reply to Response of The Boeing Company to Debtors' First Omnibus Objection* [Docket No. 1363]

  b. <u>Objection Deadline</u>: Monday, December 17, 2018

  c. <u>Status</u>: This matter is resolved subject to Court approval of a proposed settlement.

**2. Debtors' Second Omnibus Objection to Claims of the Port of Seattle (Claim Nos. 23 and 24) [Docket No. 1278]**

  a. <u>Related Pleadings</u>:

      i. *Declaration of Charles E. McChesney II in Support of Debtors' First, Second, Third and Fourth Objections to Claims* [Docket No. 1281]

      ii. *AIU Insurance Company, Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (for itself and for Landmark Insurance Company) Joinder in Debtors' First, Second, Third, and Fourth Omnibus Objections to Lower Duwamish Waterway Claims* [Docket No. 1317]

      iii. *Joinder by Certain Insurers in Debtors' Second Omnibus Objection to Lower Duwamish Waterway Claims (Port of Seattle (Claim Nos. 23 and 24))* [Docket No. 1319]

      iv. *Amended Notice of Opportunity for Hearing* [Docket No. 1322]

      v. *Consent Order Adjourning Hearing on Debtors' Second, Third and Fourth Omnibus Objections to Lower Duwamish Waterway Claims (Claims Nos. 23, 24, 28, 33, 71 and 88) and Setting Response Deadline* [Docket No. 1426]

      vi. *Second Consent Order Adjourning Hearing on Debtors' Second, Third and Fourth Omnibus Objections to Lower Duwamish Waterway Claims (Claims Nos. 23, 24, 28, 33, 71 and 88) and Setting Response Deadline* [Docket No. 1498]

  b. <u>Objection Deadline</u>: Friday, March 29, 2019

  c. <u>Status</u>: This matter is resolved subject to Court approval of a proposed settlement.

**3.    Debtors' Third Omnibus Objection to Claims of the City of Seattle (Claim Nos. 28 and 33) [Docket No. 1279]**

  d. <u>Related Pleadings</u>:

      i. *Declaration of Charles E. McChesney II in Support of Debtors' First, Second, Third and Fourth Objections to Claims* [Docket No. 1281]

      ii. *AIU Insurance Company, Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (for itself and for Landmark Insurance Company) Joinder in Debtors' First, Second, Third, and Fourth Omnibus Objections to Lower Duwamish Waterway Claims* [Docket No. 1317]

      iii. *Joinder by Certain Insurers Debtors' Third Omnibus Objection to Lower Duwamish Waterway Claims (City of Seattle (Claim Nos. 28 and 33))* [Docket No. 1320]

      iv. *Amended Notice of Opportunity for Hearing* [Docket No. 1322]

      v. *Consent Order* [Docket No. 1409]

      vi. *Consent Order Adjourning Hearing on Debtors' Second, Third and Fourth Omnibus Objections to Lower Duwamish Waterway Claims (Claims Nos. 23, 24, 28, 33, 71 and 88) and Setting Response Deadline* [Docket No. 1426]

      vii. *Second Consent Order Adjourning Hearing on Debtors' Second, Third and Fourth Omnibus Objections to Lower Duwamish Waterway Claims (Claims Nos. 23, 24, 28, 33, 71 and 88) and Setting Response Deadline* [Docket No. 1498]

      viii. *Response to Debtors' Third Omnibus Objection to Lower Duwamish Waterway Claims (City of Seattle (Claim Nos. 28 and 33))* [Docket No. 1532]

    e. <u>Objection Deadline</u>: Friday, March 29, 2019

    f. <u>Status</u>: This matter is resolved subject to Court approval of a proposed settlement.

**4.  Debtors' Fourth Omnibus Objection to Claims of King County, Washington (Claim Nos. 71 and 88) [Docket No. 1280]**

    g. <u>Related Pleadings</u>:

        i. *Declaration of Charles E. McChesney II in Support of Debtors' First, Second, Third and Fourth Objections to Claims* [Docket No. 1281]

        ii. *AIU Insurance Company, Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (for itself and for Landmark Insurance Company) Joinder in Debtors' First, Second, Third, and Fourth Omnibus Objections to Lower Duwamish Waterway Claims [Docket No. 1317]*

        iii. *Joinder by Certain Insurers in Debtors' Fourth Omnibus Objection to Lower Duwamish Waterway Claims (King County, Washington (Claim Nos. 71 and 88)) [Docket No. 1321]*

        iv. *Amended Notice of Opportunity for Hearing [Docket No. 1322]*

        v. *Consent Order Adjourning Hearing on Debtors' Second, Third and Fourth Omnibus Objections to Lower Duwamish Waterway Claims (Claims Nos. 23, 24, 28, 33, 71 and 88) and Setting Response Deadline [Docket No. 1426]*

        vi. *Second Consent Order Adjourning Hearing on Debtors' Second, Third and Fourth Omnibus Objections to Lower Duwamish Waterway Claims (Claims Nos. 23, 24, 28, 33, 71 and 88) and Setting Response Deadline [Docket No. 1498]*

    h. <u>Objection Deadline</u>: Friday, March 29, 2019

    i. <u>Status</u>: This matter is resolved subject to Court approval of a proposed settlement.

## UNCONTESTED MATTERS GOING FORWARD

**5.     Debtors' Motion for an Order Approving Settlement with the City of Seattle [Docket No. 1564]**

    a.     Related Pleadings: None.

    b.     Objection Deadline:   April 5, 2019

    c.     Status: This matter is going forward.

**6.     Debtors' Motion for an Order Approving Settlement with the Port of Seattle [Docket No. 1568]**

    a.     Related Pleadings:

        i.     *Debtors' Ex Parte Motion to for Order Shortening Notice [Docket No. 1571]*

        ii.    *Order Shortening Notice [Docket No 1574]*

    b.     Objection Deadline:   April 8, 2019

    c.     Status: This matter is going forward.

**7.     Debtors' Motion for an Order Approving Settlement with King County, Washington [Docket No. 1569]**

    a.     Related Pleadings:

        i.     *Debtors' Ex Parte Motion to for Order Shortening Notice [Docket No. 1571]*

        ii.    *Order Shortening Notice [Docket No 1574]*

    b.     Objection Deadline:   April 8, 2019

    c.     Status: This matter is going forward.

**8.     Debtors' Motion for an Order Approving Settlement with The Boeing Copmpany [Docket No. 1570]**

    a.     Related Pleadings:

        i.     *Debtors' Ex Parte Motion to for Order Shortening Notice [Docket No. 1571]*

    *ii.*  *Order Shortening Notice [Docket No 1574]*

 b. <u>Objection Deadline</u>: April 8, 2019

 c. <u>Status</u>: This matter is going forward.

**Requests for telephonic appearances should be directed to** <u>hearings@ncwd.net</u>.

This, the 8th day of April, 2019.

            RAYBURN COOPER & DURHAM, P.A.

            By: <u>/s/ John R. Miller, Jr.</u>
               John R. Miller, Jr.
               N.C. State Bar No. 28689
               1200 Carillion, 227 West Trade Street
               Charlotte, NC  28202
               (704) 334-0891

            *Counsel to the Debtors and Debtors in possession*