FILED & JUDGMENT ENTERED
Steven T. Salata

May 2 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| Debtors. | : | (Jointly Administered) |

### SIXTH SCHEDULING ORDER REGARDING MOTIONS TO APPROVE SOLICITATION PROCEDURES AND DISCLOSURE STATEMENTS WITH RESPECT TO TRUCK PLAN AND JOINT PLAN

This matter coming before the Court on the request of the above-captioned debtors (together, the "Debtors") and Truck Insurance Exchange ("Truck"), after consultation with the Official Committee of Unsecured Creditors (the "UCC"), the Official Committee of Asbestos Personal Injury Claimants (the "ACC") the legal representative for future asbestos personal injury claimants (the "FCR"), and certain other parties in interest to reschedule the hearings on (a) Truck Insurance Exchange's Motion for an Order (I) Approving the Disclosure Statement, (II) Scheduling a Confirmation Hearing, and (III) Establishing Notice and Objection Procedures for

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

{00325100 v 1 }

Confirmation of Truck Insurance Exchange's Chapter 11 Plan [Docket No. 892] and (b) Motion of Debtors for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures [Docket No. 1153] (collectively, the "D.S. Motions") and to establish a briefing schedule with respect to the D.S. Motions; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

IT IS HEREBY ORDERED THAT:

1. The hearing on the D.S. Motions is adjourned to June 13, 2019 at 9:30 a.m. in Bankruptcy Courtroom 1-4, 401 West Trade Street, Charlotte, North Carolina.

2. Any filings to amend or supplement the D.S. Motions, the Disclosure Statement for Second Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. [Docket No. 1349] (the "Joint D.S."), the Second Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. [Docket No. 1348] (the "Joint Plan"), the Fourth Amended Disclosure Statement for Fourth Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange [Docket No. 1414] (the "Truck D.S.") or the Fourth Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange [Docket No. 1413] (the "Truck Plan"), including, without limitation, the filing of any exhibits

thereto, filed on or before May 30, 2019, shall be deemed timely with respect to the June 13, 2019 hearing and the briefing schedule set forth below.

3. Any responses to amendments of or supplements to the D.S. Motions or to the other documents filed pursuant to paragraph 2 after December 5, 2018 (the response deadline in the scheduling order with respect to the D.S. Motions entered at Docket No. 1351), including, without limitation, any response by the Debtors, Truck, the UCC, the ACC or the FCR, shall be filed by no later than June 6, 2019.

4. Any replies in support of the D.S. Motions shall be filed by no later than June 10, 2019.

5. Any previously filed response to a D.S. Motion shall carry over and be heard at the hearing on June 13, 2019, and any such previously filed response may be supplemented to address those further amendments of or supplements to the D.S. Motions or to the other documents filed by May 30, 2019 pursuant to paragraph 2, no later than June 6, 2019.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court