

FILED & JUDGMENT ENTERED
Steven T. Salata

May 7 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | Case No. 16-31602 (JCW) |
| Debtors. | (Jointly Administered) |

### ORDER APPROVING SETTLEMENT WITH
### THE OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY

This matter coming before the Court on the Debtors' Motion for an Order Approving Settlement with the Oregon Department of Environmental Quality (the "Motion"),[2] filed by the above-captioned debtors (together, the "Debtors"); the Court having reviewed the

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E John Carpenter Freeway, Irving, Texas 75062.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C.§§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion was sufficient under the circumstances and (v) the Settlement was negotiated at arm's length and in good faith; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED and the Settlement is approved.

2. The Debtors are authorized to enter into and perform their obligations under the Settlement, including obligations under a consent judgment in a form substantially consistent with the Term Sheet.

3. The Debtors' noticing and claims agent, Prime Clerk LLC, is hereby authorized and directed to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

**This Order has been signed electronically.**  **United States Bankruptcy Court**
**The judge's signature and the court's seal**
**appear at the top of the order.**