UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF PROPOSED AGENDA OF
MATTERS SCHEDULED FOR HEARING ON
THURSDAY, MAY 30, 2019, AT 9:30 A.M.**

**UNCONTESTED MATTER GOING FORWARD**

**1.** Application of the Debtors to Retain and Employ Hilsoft Notifications as Debtors' Notice Expert as of March 25, 2019 [Docket No. 1609]

    a.    Related Pleadings: None.

    b.    Objection Deadline:   May 9, 2019

    c.    Status: This matter is going forward.

**Requests for telephonic appearances should be directed to hearings@ncwd.net.**

This, the 28th day of May, 2019.

                                  RAYBURN COOPER & DURHAM, P.A.

                                  By:   /s/ John R. Miller, Jr.
                                          John R. Miller, Jr.
                                          N.C. State Bar No. 28689
                                          1200 Carillion, 227 West Trade Street
                                          Charlotte, NC  28202
                                          (704) 334-0891

                                          *Counsel to the Debtors and Debtors in possession*

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313).  The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

{00326014 v 1 } 1