UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF PROPOSED AGENDA OF
MATTERS SCHEDULED FOR HEARING ON
WEDNESDAY, SEPTEMBER 4, 2019, AT 9:30 A.M.**

**CONTESTED MATTERS GOING FORWARD**

1. **Truck Insurance Exchange's Motion for an Order (I) Approving the Disclosure Statement, (II) Scheduling a Confirmation Hearing, and (III) Establishing Notice and Objection Procedures for Confirmation of Truck Insurance Exchange's Chapter 11 Plan [Docket No. 892]**.

   a. Related Pleadings:

      i. *First Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1203]

      ii. *First Amended Disclosure Statement for First Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1204]

      iii. *Truck Insurance Exchange's Supplemental Motion for an Order (I) Approving the Disclosure Statement, (II) Establishing Voting, Solicitation, and Tabulation Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of*

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

    *Truck Insurance Exchange's Chapter 11 Plan for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1205]

iv. *Notice of Filing of Amended Plan and Amended Disclosure Statement and Notice of Hearing* [Docket No. 1206]

v. *Objection to Motion of Truck Insurance Exchange for an Order Approving the Proposed Disclosure Statement* [Docket No. 1238]

vi. *Objection of the Oregon Department of Environmental Quality to Truck's First Amended Disclosure Statement* [Docket No. 1240]

vii. *First State Companies' Objection to the Disclosure Statement Motions* [Docket No. 1241]

viii. *Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements with Respect to Truck Plan and Joint Plan* [Docket No. 1265]

ix. *Second Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1268]

x. *Second Amended Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1269]

xi. *Notice of Filing Revised Proposed Order Approving Disclosure Statement Motion and Related Exhibits* [Docket No. 1270]

xii. *Notice of Filing Second Revised Plan Supplement Documents* [Docket No. 1272]

xiii. *Withdrawal of Objection to Motion of Truck Insurance Exchange for an Order Approving the Proposed Disclosure Statement* [Docket No. 1291]

xiv. *Joinder of the Insurance Company of the State of Pennsylvania, Granite State Insurance Company, and Lexington Insurance Company in First State Companies' Objection to the Disclosure Statement Motions* [Docket No. 1292]

xv. *Supplemental Objection of the Oregon Department of Environmental Quality to Second Amended Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1295]

xvi. *The First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1298]

xvii. *Objection of the Future Claimants' Representative to the Proposed Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by Truck Insurance Exchange* [Docket No. 1300]

xviii. *Debtor's Objection to Truck Insurance Exchange's Supplemental Motion for an Order (I) Approving the Disclosure Statement, (II) Establishing Voting, Solicitation, and Tabulation Procedures, (III) Scheduling a Confirmation Hearing and (IV) Establishing Notice and Objection Procedures for Confirmation of Truck Insurance Exchange's Chapter 11 Plan for Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc.* [Docket No. 1301]

xix. *Objection of the Official Committee of Asbestos Personal Injury Claimants to Truck Insurance Exchange's Second Amended Disclosure Statement* [Docket No. 1303]

xx. *Consent Order Extending Deadline for Unsecured Creditors Committee to File Objection to Disclosure Statement* [Docket No. 1307]

xxi. *Joinder by Allstate Insurance Company to First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1309]

xxii. *Partial Joinder of the Committee of Unsecured Creditors in the Debtors' Objection to Truck Insurance Exchange's Supplemental Motion for an Order (I) Approving the Disclosure Statement, (II) Establishing Voting, Solicitation, and Tabulation Procedures, (III) Scheduling a Confirmation Hearing and (IV) Establishing Notice and Objection Procedures for Confirmation of Truck Insurance Exchange's Chapter 11 Plan for Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc.* [Docket No. 1310]

xxiii. *Third Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1342]

xxiv. *Third Amended Disclosure Statement for Third Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1343]

xxv. *Notice of Filing of Redlines for (A) Third Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange and (B) Disclosure Statement for Third Amended Chapter 11 Plan* [Docket No. 1344]

xxvi. *Notice of Filing Revised Proposed Order Approving Disclosure Statement Motion and Related Exhibits* [Docket No. 1345]

xxvii. *Notice of Filing Third Revised Plan Supplement Documents* [Docket No. 1347]

xxviii. *Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1351]

xxix. *The First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1366]

xxx. *Amended Objection of the Future Claimants' Representative to the Proposed Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by Truck Insurance Exchange* [Docket No. 1369]

xxxi. *Debtors' Supplemental Objection to Truck Insurance Exchange's Supplemental Motion for Approval of its Disclosure Statement and Related Relief* [Docket No. 1370]

xxxii. *Objection of the Official Committee of Asbestos Personal Injury Claimants to Truck Insurance Exchange's Third Amended Disclosure Statement* [Docket No. 1371]

xxxiii. *Joinder by Allstate Insurance Company to First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1382]

xxxiv. *Fourth Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1413]

xxxv. *Fourth Amended Disclosure Statement for Fourth Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange* [Docket No. 1414]

xxxvi. *Notice of Filing of Redlines for (A) Fourth Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., Proposed by Truck Insurance Exchange and (B) Disclosure Statement for Fourth Amended Chapter 11 Plan* [Docket No. 1415]

xxxvii. *Notice of Filing Fourth Revised Plan Supplement Documents* [Docket No. 1416]

xxxviii. *Third Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1419]

xxxix. *Fourth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1526]

xl. *Fifth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1575]

xli. *Sixth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1619]

xlii. *Fifth Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. Proposed by Truck Insurance Exchange* [Docket No. 1665]

xliii. *Fifth Amended Disclosure Statement for Fifth Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. Proposed by Truck Insurance Exchange [Docket No. 1666]*

xliv. *Notice of Filing of Redlines for (A) Fifth Amended Chapter 11 Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. Proposed by Truck Insurance Exchange and (B) Fifth Amended Disclosure Statement for Fifth Amended Chapter 11 Plan* [Docket No. 1667]

      xlv. *Second Amended Objection of the Future Claimants' Representative to the Proposed Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by Truck Insurance Exchange* [Docket No. 1679]

      xlvi. *Certain Insurers' Omnibus Objection to Disclosure Statements* [Docket No. 1680]

      xlvii. *Supplemental Objection of the Official Committee of Asbestos Personal Injury Claimants to Tuck Insurance Exchange's Disclosure Statement* [Docket No. 1681]

      xlviii. *Debtors' Second Supplemental Objection to (I) Truck's Solicitation Procedures Motion, (II) the Adequacy of the Disclosures in Truck's Fifth Amended Disclosure Statement and (III) Truck's Fifth Amended Plan* [Docket No. 1684]

      xlix. *Omnibus Reply of Truck Insurance Exchange to Objections to Disclosure Statement Approval Motion* [Docket No. 1706].

  b. <u>Objection Deadline</u>: June 6, 2019

  c. <u>Status</u>: This matter is set for disposition by the Court.

2. **Motion of Debtors for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures [Docket No. 1153]**

  a. <u>Related Pleadings</u>:

      i. *Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1085]

      ii. *Disclosure Statement for Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1152]

      iii. *Objection to Motion of Debtors for an Order Approving the Proposed Disclosure Statement* [Docket No. 1237]

      iv. *Objection of the Oregon Department of Environmental Quality to Debtors' Disclosure Statement* [Docket No. 1239]

      v. *First State Companies' Objection to the Disclosure Statement Motions* [Docket No. 1241]

      vi. *Notice of Filing of Exhibits to Disclosure Statement for Joint Plan of Reorganization* [Docket No. 1256]

vii. *Supplement to Debtors' Solicitation Procedures Motion* [Docket No. 1267]

viii. *First Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc.* [Docket No. 1271]

ix. *Disclosure Statement for First Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc.* [Docket No. 1273]

x. *Notice of Filing of Redlines for (A) First Amended Joint Chapter 11 Plan of Reorganization of Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc., and (B) Disclosure Statement for First Amended Joint Plan* [Docket No. 1275]

xi. *Supplement to the Objection to Motion of Debtors for an Order Approving the Proposed Disclosure Statement* [Docket No. 1290]

xii. *Joinder of the Insurance Company of the State of Pennsylvania, Granite State Insurance Company, and Lexington Insurance Company in First State Companies' Objection to the Disclosure Statement Motions* [Docket No. 1292]

xiii. *Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1293]

xiv. *Supplemental Objection of the Oregon Department of Environmental Quality to Debtor's First Amended Disclosure Statement* [Docket No. 1294]

xv. *The First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1298]

xvi. *United States' Objection to Debtors' Motion for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1299]

xvii. *Objection of Truck Insurance Exchange to Motion for Approval of Debtors' Disclosure Statement* [Docket No. 1302]

xviii. *Consent Order Extending Deadline for Unsecured Creditors Committee to File Objection to Disclosure Statement* [Docket No. 1307]

xix. *Joinder by Allstate Insurance Company to First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1309]

xx. *Limited Joinder of TIG Insurance Company (Formerly Known as Transamerica Insurance Company and as Successor by Merger to International Insurance Company), and Evanston Insurance Company, as Successor by Merger to Associated International Insurance Company to United States' Objection to Debtors' Motion for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1311]

xxi. *Notice of Filing of Amended Trust Agreement and Trust Distribution Procedures and Redlines for Same* [Docket No. 1346]

xxii. *Second Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1348]

xxiii. *Disclosure Statement for Second Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1349]

xxiv. *Notice of Filing of Redlines for (A) Second Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. and (B) Disclosure Statement for Second Amended Joint Plan* [Docket No. 1350]

xxv. *Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1351]

xxvi. *United States' Supplemental Objection to Debtors' Motion for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1364]

xxvii. *The First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1366]

xxviii. *Supplemental Objection of Truck Insurance Exchange to Motion for Approval of Debtors' Disclosure Statement* [Docket No. 1367]

xxix. *Supplemental Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1373]

l. *Joinder by Allstate Insurance Company to First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1382]

li. *Third Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1419]

lii. *Fourth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1526]

liii. *Fifth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1575]

liv. *Sixth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1619]

lv. *Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1668]

lvi. *Disclosure Statement for Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1669]

lvii. *Notice of Filing of (A) Redline of Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.; (B) Redline of Disclosure Statement for Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.; (C) Amended Exhibits to Debtors' Motion for Approval of Disclosure Statement and Solicitation Procedures; and (D) Redline of Amended Exhibits to Debtors' Motion for Approval of Disclosure Statement and Solicitation Procedures* [Docket No. 1670]

- lviii. *The First State Companies' Supplemental Memorandum in Objection to the Debtors' Disclosure Statement* [Docket No. 1678]

- lix. *Certain Insurers' Omnibus Objection to Disclosure Statements* [Docket No. 1680]

- lx. *Second Supplemental Objection of Truck Insurance Exchange to Motion for Approval of Debtors' Disclosure Statement* Docket No. 1682]

- lxi. *Reply and Joinder of the Future Claimant's Representative in Support of the Debtors' Proposed Disclosure Statement for Third Amended Joint Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. and in Response to Certain Objections* [Docket No. 1703]

- lxii. *Debtors' Reply in Support of Their Motion for an Order Approving Their Joint Disclosure Statement* [Docket No. 1708]

- lxiii. *Notice of Filing of Declaration of Cameron R. Azari, Esq. in Support of Debtors' Motion for Order Approving Disclosure Statement and Solicitation Procedures* [Docket No. 1709]

- lxiv. *The Official Committee of Asbestos Personal Injury Claimants' Omnibus Reply in Response to Objections to the Disclosure Statement for Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1710].

- lxv. *Notice of Filing Amended Publication Notice for Proposed Confirmation Notice Plan Designed by Hilsoft Notifications* [Docket No. 1713]

b. <u>Objection Deadline</u>: June 6, 2019

c. <u>Status</u>: This matter is set for disposition by the Court.

## UNCONTESTED MATTER GOING FORWARD

3. **Debtors' Motion for an Order Approving Settlement with the United States [Docket No. 1719]**

    a.    <u>Related Pleadings</u>:

        i.    *Notice of Filing of Executed Settlement Agreement With The United States* [Docket No. 1735]

        ii.    *United States' Joinder in Debtors' Motion to Approve Settlement with the United States* [Docket No. 1764]

    b.    Objection Deadline: June 27, 2019

    c.    Status: This matter is going forward.

**Requests for telephonic appearances should be directed to** hearings@ncwd.net.

This, the 29th day of August, 2019.

                                RAYBURN COOPER & DURHAM, P.A.

                                By:    /s/ John R. Miller, Jr.
                                          John R. Miller, Jr.
                                          N.C. State Bar No. 28689
                                          1200 Carillion, 227 West Trade Street
                                          Charlotte, NC  28202
                                          (704) 334-0891

                                *Counsel to the Debtors and Debtors in possession*