UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AMENDED NOTICE OF PROPOSED AGENDA OF
MATTERS SCHEDULED FOR HEARING ON
THURSDAY, OCTOBER 17, 2019, AT 9:30 A.M.**

**MATTER GOING FORWARD**

1. **Motion of Debtors for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures [Docket No. 1153]**

    a. Related Pleadings:

    i. *Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1085]

    ii. *Disclosure Statement for Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1152]

    iii. *Objection to Motion of Debtors for an Order Approving the Proposed Disclosure Statement* [Docket No. 1237]

    iv. *Objection of the Oregon Department of Environmental Quality to Debtors' Disclosure Statement* [Docket No. 1239]

    v. *First State Companies' Objection to the Disclosure Statement Motions* [Docket No. 1241]

---

1   The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313).  The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

{00330770 v 1 }1

vi. *Notice of Filing of Exhibits to Disclosure Statement for Joint Plan of Reorganization* [Docket No. 1256]

vii. *Supplement to Debtors' Solicitation Procedures Motion* [Docket No. 1267]

viii. *First Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc.* [Docket No. 1271]

ix. *Disclosure Statement for First Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc.* [Docket No. 1273]

x. *Notice of Filing of Redlines for (A) First Amended Joint Chapter 11 Plan of Reorganization of Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc., and (B) Disclosure Statement for First Amended Joint Plan* [Docket No. 1275]

xi. *Supplement to the Objection to Motion of Debtors for an Order Approving the Proposed Disclosure Statement* [Docket No. 1290]

xii. *Joinder of the Insurance Company of the State of Pennsylvania, Granite State Insurance Company, and Lexington Insurance Company in First State Companies' Objection to the Disclosure Statement Motions* [Docket No. 1292]

xiii. *Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1293]

xiv. *Supplemental Objection of the Oregon Department of Environmental Quality to Debtor's First Amended Disclosure Statement* [Docket No. 1294]

xv. *The First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1298]

xvi. *United States' Objection to Debtors' Motion for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1299]

xvii. *Objection of Truck Insurance Exchange to Motion for Approval of Debtors' Disclosure Statement* [Docket No. 1302]

xviii. *Consent Order Extending Deadline for Unsecured Creditors Committee to File Objection to Disclosure Statement* [Docket No. 1307]

xix. *Joinder by Allstate Insurance Company to First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1309]

xx. *Limited Joinder of TIG Insurance Company (Formerly Known as Transamerica Insurance Company and as Successor by Merger to International Insurance Company), and Evanston Insurance Company, as Successor by Merger to Associated International Insurance Company to United States' Objection to Debtors' Motion for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1311]

xxi. *Notice of Filing of Amended Trust Agreement and Trust Distribution Procedures and Redlines for Same* [Docket No. 1346]

xxii. *Second Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1348]

xxiii. *Disclosure Statement for Second Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1349]

xxiv. *Notice of Filing of Redlines for (A) Second Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. and (B) Disclosure Statement for Second Amended Joint Plan* [Docket No. 1350]

xxv. *Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1351]

xxvi. *United States' Supplemental Objection to Debtors' Motion for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1364]

xxvii. *The First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1366]

xxviii. *Supplemental Objection of Truck Insurance Exchange to Motion for Approval of Debtors' Disclosure Statement* [Docket No. 1367]

xxix. *Supplemental Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for an Order (I) Approving Their Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization and (III) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization and Approving Related Notice Procedures* [Docket No. 1373]

xxx. *Joinder by Allstate Insurance Company to First State Companies' (A) Objection to the Debtors' Disclosure Statement Motion and (B) Reservation of Rights with Respect to the Truck Plan* [Docket No. 1382]

xxxi. *Third Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1419]

xxxii. *Fourth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1526]

xxxiii. *Fifth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1575]

xxxiv. *Sixth Scheduling Order Regarding Motions to Approve Solicitation Procedures and Disclosure Statements With Respect to Truck Plan and Joint Plan* [Docket No. 1619]

xxxv. *Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1668]

xxxvi. *Disclosure Statement for Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1669]

xxxvii. *Notice of Filing of (A) Redline of Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.; (B) Redline of Disclosure Statement for Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.*

xxxviii. *Notice of Filing of (A) Redline of Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.; (B) Redline of Disclosure Statement for Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.; (C) Amended Exhibits to Debtors' Motion for Approval of Disclosure Statement and Solicitation Procedures; and (D) Redline of Amended Exhibits to Debtors' Motion for Approval of Disclosure Statement and Solicitation Procedures* [Docket No. 1670]

xxxix. *The First State Companies' Supplemental Memorandum in Objection to the Debtors' Disclosure Statement* [Docket No. 1678]

xl. *Certain Insurers' Omnibus Objection to Disclosure Statements* [Docket No. 1680]

xli. *Second Supplemental Objection of Truck Insurance Exchange to Motion for Approval of Debtors' Disclosure Statement* Docket No. 1682]

xlii. *Reply and Joinder of the Future Claimant's Representative in Support of the Debtors' Proposed Disclosure Statement for Third Amended Joint Plan of Reorganization for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. and in Response to Certain Objections* [Docket No. 1703]

xliii. *Debtors' Reply in Support of Their Motion for an Order Approving Their Joint Disclosure Statement* [Docket No. 1708]

xliv. *Notice of Filing of Declaration of Cameron R. Azari, Esq. in Support of Debtors' Motion for Order Approving Disclosure Statement and Solicitation Procedures* [Docket No. 1709]

xlv. *The Official Committee of Asbestos Personal Injury Claimants' Omnibus Reply in Response to Objections to the Disclosure Statement for Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1710]

xlvi. *Notice of Filing Amended Publication Notice for Proposed Confirmation Notice Plan Designed by Hilsoft Notifications* [Docket No. 1713].

xlvii. *Third Amended Joint Chapter 11 Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1772]

xlviii. *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1773]

  xlix. *Notice of Filing of (A) Redline of Third Amended Joint Chapter 11 Plan or Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.; (B) Redline of Disclosure Statement for Third Amended Joint Plan* [Docket No. 1774]

  l. *Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1814]

  li. *Disclosure Statement for Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.* [Docket No. 1815]

  lii. *Notice of Filing of (A) Redline of Third Amended Joint Chapter 11 Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.; (B) Redline of Disclosure Statement for Third Amended Joint Plan* [Docket No. 1816]

  liii. *Notice of Filing of (A) Amended Asbestos Personal Injury Trust Distribution Procedures and (B) Redline of Asbestos Personal Injury Trust Distribution Procedures* [Docket No. 1818]

  liv. *Notice of Filing of Exhibits to Debtors' Disclosure Statement for Third Amended Joint Plan of Reorganization* [Docket No. 1831]

  lv. *Order Denying Fifth Amended Disclosure Statement for Fifth Amended Chapter 11 Plan and Denying Disclosure Statement for Third Amended Joint Plan* [Docket No. 1834]

  lvi. *Notice of Filing of Redline of Proposed Order Approving Disclosure Statement and Related Exhibits* [Docket No. 1859]

  lvii. *Notice of Filing of (A) Redline of Third Amended Joint Chapter 11 Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.; (B) Redline of Disclosure Statement for Third Amended Plan* [Docket No. 1861].

b. <u>Objection Deadline</u>: June 6, 2019, supplemental objections due by October 7, 2019.

c. <u>Status</u>: No supplemental objections were filed. This matter is going forward for the Court to consider approval of the revised Disclosure Statement for Third Amended Joint Plan.

**Requests for telephonic appearances should be directed to** hearings@ncwd.net**.**

This, the 16th day of October, 2019.

          RAYBURN COOPER & DURHAM, P.A.

By:   /s/ John R. Miller, Jr.
       John R. Miller, Jr.
       N.C. State Bar No. 28689
       1200 Carillion, 227 West Trade Street
       Charlotte, NC  28202
       (704) 334-0891

*Counsel to the Debtors and Debtors in possession*