

FILED & JUDGMENT ENTERED
Steven T. Salata

October 22 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## FOURTH CASE MANAGEMENT
## AND SCHEDULING ORDER

Upon the Court's request for entry of an agreed order scheduling regular hearings in the above-captioned cases pursuant to section 105(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code"); and it appearing that no notice of the relief need be given due to the nature of the relief; and upon the record in the above-captioned cases; and it appearing that the relief is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

{00330453 v 1}    1

A.    Any party filing pleadings with the Court that refer specifically to a pleading that has already been filed in the cases shall make specific reference to the docket number assigned by the Court to such pleading by use of the designation "Docket No. ___".

B.    The Court shall reserve the following dates for hearings in the above-captioned cases: Thursday, January 16, 2020; Thursday, February 13, 2020; Thursday, March 12, 2020; Thursday, April 9, 2020; Thursday, May 7, 2020; Thursday, June 11, 2020; Thursday, July 16, 2020; Thursday, August 13, 2020; Thursday, September 17, 2020; Thursday, October 15, 2020; Thursday, November 5, 2020; and Thursday, December 10, 2020. Hearings shall be held at 9:30 a.m., in the United States Courthouse, 401 West Trade Street, Charlotte, North Carolina in Courtroom 1-4.

C.    Local Rule 9013-1(e) is hereby modified such that parties in interest may only self-schedule hearings in the above-captioned cases on the dates provided in the preceding paragraph and that hearings in these cases shall not be heard on regularly-scheduled Chapter 11 motions days.

D.    Any party seeking a special hearing date, other than those set forth above or established by further order of this Court, in the above-captioned cases shall discuss such date with the Debtors' counsel or the direct opponent and confirm such hearing date with Judge's Chambers.

E.    No-protest noticing, as allowed under Local Rule 9013-1(f), shall be permitted.

F.    Prior to or subsequent to the expiration of the dates set forth in paragraph B above, the Court may enter a scheduling order establishing further dates for hearings in the above-captioned cases as the Court deems appropriate.

  G. This Order shall not affect the availability of hearing dates reserved for these cases under the Third Case Management and Scheduling Order [Docket No. 1314].

  H. The Debtors shall file a notice of agenda three (3) days prior to each hearing date set by the Court pursuant to the scheduling order for the matters of record at that time.

  I. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this matter.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order. | United States Bankruptcy Court |