UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|   |   |   |
|---|---|---|
| In re | : | Chapter 11 |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| Debtors. | : | (Jointly Administered) |

**AMENDED NOTICE OF PROPOSED AGENDA OF
MATTERS SCHEDULED FOR HEARING ON
THURSDAY, NOVEMBER 14, 2019, AT 9:30 A.M.**

**UNCONTESTED MATTER GOING FORWARD**

1. **Debtors' Motion for an Order Approving Settlement with Ash Grove Cement Company**. **[Docket No. 1878]**

    a. Related Pleadings:

        i. *Notice of Filing of Executed Settlement Agreement with Ash Grove Cement Company* [Docket No. 1896]

    b. Objection Deadline: November 8, 2019

    c. Status: This matter is going forward.

**Requests for telephonic appearances should be directed to** hearings@ncwd.net.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

This, the 12th day of November, 2019.

          RAYBURN COOPER & DURHAM, P.A.

By:   /s/ John R. Miller, Jr.
       John R. Miller, Jr.
       N.C. State Bar No. 28689
       1200 Carillion, 227 West Trade Street
       Charlotte, NC  28202
       (704) 334-0891

*Counsel to the Debtors and Debtors in possession*