**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AMENDED NOTICE OF PROPOSED AGENDA OF**
**MATTERS SCHEDULED FOR HEARING ON**
**THURSDAY, DECEMBER 12, 2019, AT 9:30 A.M.**

**UNCONTESTED MATTER GOING FORWARD**

1. **Debtors' Twelfth Motion for Entry of an Order Extending Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure [Docket No. 1909]**

    a. Related Pleadings: None

    b. Objection Deadline: December 9, 2019

    c. Status: This matter is going forward.

**CONTESTED MATTERS GOING FORWARD**

2. **Joint Motion of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative for Protective Order Regarding Material Protected Under the Common Interest Privilege [Docket No. 1912]**

    a. Related Pleadings:

    i. *Truck Insurance Exchange's Opposition to the Debtors' Motion for a Protective Order, Lehigh Hanson, Inc.'s Motion for a Protective Order, and the ACC and the FCR's Joint Motion for Protective Order* [Docket No 1923]

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

{00332387 v 1 }1

    ii. *Joint Reply of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative to Truck Insurance Exchange's Opposition to the Joint Motion for Protective Order* [Docket No. 1925]

  b. <u>Objection Deadline</u>: December 5, 2019

  c. <u>Status</u>: This matter is going forward.

**3. Debtors' Motion for a Protective Order Regarding Truck Insurance Exchange's First Set of Requests for Production [Docket No. 1913]**

  a. <u>Related Pleadings</u>:

    i. *Truck Insurance Exchange's Opposition to the Debtors' Motion for a Protective Order, Lehigh Hanson, Inc.'s Motion for a Protective Order, and the ACC and the FCR's Joint Motion for Protective Order* [Docket No 1923]

    ii. *Debtors' Reply in Support of their Motion for a Protective Order Regarding Truck Insurance Exchange's First Set of Requests for Production* [Docket No. 1926]

  b. <u>Objection Deadline</u>: December 5, 2019

  c. <u>Status</u>: This matter is going forward.

**4. Lehigh Hanson, Inc.'s Motion for a Protective Order Regarding Truck Insurance Exchange's Subpoena to Produce Documents [Docket No. 1914]**

  a. <u>Related Pleadings</u>:

    i. *Truck Insurance Exchange's Opposition to the Debtors' Motion for a Protective Order, Lehigh Hanson, Inc.'s Motion for a Protective Order, and the ACC and the FCR's Joint Motion for Protective Order* [Docket No 1923]

    ii. *Lehigh Hanson, Inc.'s Reply in Support of its Motion for a Protective Order Regarding Truck Insurance Exchange's Subpoena to Produce Documents* [Docket No. 1927]

  b. <u>Objection Deadline</u>: December 5, 2019

  c. <u>Status</u>: This matter is going forward.

**Requests for telephonic appearances should be directed to** [hearings@ncwd.net](mailto:hearings@ncwd.net).

This, the 10th day of December, 2019.

                                RAYBURN COOPER & DURHAM, P.A.

By:    /s/ John R. Miller, Jr.
        John R. Miller, Jr.
        N.C. State Bar No. 28689
        1200 Carillion, 227 West Trade Street
        Charlotte, NC  28202
        (704) 334-0891

*Counsel to the Debtors and Debtors in possession*