**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

|   |   |   |
|---|---|---|
| In re | : | Chapter 11 |
| KAISER GYPSUM COMPANY, INC., *et al.*,[1] | : | Case No. 16-31602 (JCW) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF PROPOSED AGENDA OF**
**MATTERS SCHEDULED FOR HEARING ON**
**THURSDAY, FEBRUARY 13, 2020, AT 9:30 A.M.**

**CONTESTED MATTER GOING FORWARD**

1. **Truck Insurance Exchange's Expedited Motion to Compel [Docket No. 2009]**

    a. Related Pleadings: None

    b. Objection Deadline: None stated.

    c. Status: This matter is going forward.

**STATUS CONFERENCE**

2. **Debtor's Omnibus Objection to the Claims of Truck Insurance Exchange (Claims Nos. 42 and 43) [Docket No. 1953]**

    a. Related Pleadings:

    i. Truck Insurance Exchange's Objection to Debtor's Omnibus Objection to the Claims of Truck Insurance Exchange (Claims Nos. 42 and 43) [Docket No. 2008]

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313).  The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

{00334355 v 1 } 1

   ii. Truck Insurance Exchange's Supplement to Its Objection to Debtor's Omnibus Objection to the Claims of Truck Insurance Exchange (Claims Nos. 42 and 43) [Docket No. 2019]

 b. <u>Objection Deadline</u>: February 7, 2020

 c. <u>Status</u>: There will be a status conference on this matter.

**Requests for telephonic appearances should be directed to** hearings@ncwd.net**.**

This, the 10th day of February, 2020.

        RAYBURN COOPER & DURHAM, P.A.

        By: /s/ John R. Miller, Jr.
           John R. Miller, Jr.
           N.C. State Bar No. 28689
           1200 Carillion, 227 West Trade Street
           Charlotte, NC  28202
           (704) 334-0891

        *Counsel to the Debtors and Debtors in possession*