**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| In re:<br><br>KAISER GYPSUM COMPANY, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-31602 (JCW)<br><br>(Jointly Administered) |

**DECLARATION OF HOWARD F. JENSEN**
**FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Howard F. Jensen submits the following declaration in support of the motion for my admission *pro hac vice* to represent Glacier Northwest, Inc.

1. I am a member in good standing of the bar of the highest court of the State of Washington, where I regularly practice law.

2. I am a Member of the law firm of Veris Law Group PLLC, 1809 7th Ave., Suite 1400, Seattle, WA 98101. My telephone number is (206) 829-9590 and my email address is howard@verislawgroup.com.

3. I am also admitted to practice before and remain in good standing with the Courts in the following jurisdictions:

>   U.S. Court of Appeals for the 9th Circuit
>   U.S. District Court for the Western District of Washington
>   U.S. District Court for the Eastern District of Washington
>   Oregon Supreme Court

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

4. I have never been the subject of any formal suspension or disbarment proceedings; never been denied admission pro hac vice in this or any other jurisdiction or had pro hac vice admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization.

5. I agree to be bound by the Rules of this Court upon my admission.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Seattle, Washington,
June 10, 2020

*/s/ Howard F. Jensen*
Howard F. Jensen