IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re:<br><br>**Kaiser Gypsum Company, Inc.** et al.<br><br>Debtors. | Case Number: 16-31602<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF HEARING

TAKE NOTICE that on **Friday, March 12, 2021, at 9:30 A.M. in Bankruptcy Courtroom 1-4 in the United States Courthouse, 401 West Trade Street, Charlotte, North Carolina**, this Court will conduct a hearing on *Truck Insurance Exchange's Motion (I) to Enforce the Automatic Stay and (II) for Sanctions for Violation of the Automatic Stay* filed on February 19, 2021 (the "Motion"). The Motion requests that the Court impose sanctions on Richard Sisk, Calvena Dea Sisk, Robert Runne, Catherine Runne, and their counsel, Kazan, McClain, Satterley & Greenwood, and enjoin said parties from pursuing any asbestos-related claims against the Debtors until they comply with the terms of orders of this Court. You may obtain a copy of the Motion from the Bankruptcy Court's website at www.ncwb.uscourts.gov or by contacting the undersigned counsel.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE MOTION OF IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY SHOULD ATTEND THIS HEARING AT 9:30 A.M. ON FRIDAY, MARCH 12, 2021, IN BANKRUPTCY COURTROOM 1-4 IN THE UNITED STATES COURTHOUSE, 401 WEST TRADE STREET, CHARLOTTE, NC.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief requested in the Motion and may enter an order approving the Motion.

This is the 19th day of February, 2021.

    */s/ Michael L. Martinez*
Michael L. Martinez (N.C. Bar No. 39885)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, NC 28202
Phone: 704/375.3720; Fax: 704/332.0215
Email: mmartinez@grierlaw.com

*Attorneys for Truck Insurance Exchange*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| In re:<br><br>**Kaiser Gypsum Company, Inc.** et al.<br><br>Debtors. | Case Number: 16-31602<br><br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Truck Insurance Exchange's Motion (I) to Enforce the Automatic Stay and (II) for Sanctions for Violation of the Automatic Stay* and *Notice of Hearing* were served on the parties listed below by email and by first class mail, postage prepaid, and on those parties who have requested electronic service in this case through the Court's electronic noticing system.

John L. Langdoc
Kazan, McClain, Satterly & Greenwood
Jack London Market
55 Harrison St., Ste. 400
Oakland, CA 94607
*jlangdoc@kazanlaw.com*

Justin Bosl
Kazan, McClain, Satterly & Greenwood
Jack London Market
55 Harrison St., Ste. 400
Oakland, CA 94607
*jbosl@kazanlaw.com*

This is the 19th day of February, 2021.

                                       /s/ *Michael L. Martinez*
                                       Michael L. Martinez (N.C. Bar No. 39885)
                                       Grier Wright Martinez, PA
                                       521 East Morehead Street, Suite 440
                                       Charlotte, NC 28202
                                       Phone:  704/375.3720; Fax:  704/332.0215
                                       Email:  mmartinez@grierlaw.com

                                       *Attorneys for Truck Insurance Exchange*